IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR248** |
| Plaintiff, | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| **FRANCISO VASQUEZ-CHAVEZ,** | ) | |
| Defendant. | ) | |

The Court has received the Revised Modified Presentence Investigation Report and Addendum ("PSR") in this case and the Defendant's Memorandum in Support of Defendant's Objection to Presentence Report and Index of Exhibits (Filing Nos. 25 and 26). The government did not object to the PSR. *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

IT IS ORDERED:

1.   The Defendant's Memorandum in Support of Defendant's Objection to Presentence Report (Filing No. 25) will be heard at the sentencing hearing;

2.   The Court intends to adopt the PSR in all other respects;

3.   If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4. Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 7th day of January, 2015
.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge